```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    25cv205(DLC)
CRYSTAL BARKLEY,                         :
                                         :         ORDER
                          Plaintiff,     :
             -v-                         :
                                         :
AUDIENT CAPITAL GP LTD, et al.,          :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of March, 2, 2025, requesting an adjournment of the initial pretrial conference in this case, it is hereby

ORDERED that the plaintiff's request is granted. The initial pretrial conference shall be held on **March 28, 2025** at **10:30 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on the defendants and file proof of such service on ECF no later than **March 6, 2025**.

Dated:   New York, New York
         March 3, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge