```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :   25cv205(DLC)
CRYSTAL BARKLEY,                          :
                                          :       ORDER
                     Plaintiff,           :
                                          :
          -v-                             :
                                          :
AUDIENT CAPITAL GP LTD, et al.,           :
                                          :
                     Defendants.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The complaint in this action was filed on January 9, 2025. On January 10, the Clerk of Court issued summonses as to both defendants, but the docket contains no indication that they have been served pursuant to Rule 4, Fed. R. Civ. P. An Order of January 21 scheduled an initial pretrial conference for March 13, and an Order of March 3 adjourned the conference to March 28. Neither defendant has appeared. Accordingly, it is hereby

ORDERED that, if the defendants have been served, the plaintiff shall by **March 24, 2025** file proof of such service on the docket. If the defendants have not been served, the plaintiff shall by **March 24** file a letter no longer than two pages describing her efforts to serve the defendants.

Dated:   New York, New York
         March 20, 2025

                              _____
                                     DENISE COTE
                              United States District Judge