```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
CRYSTAL BARKLEY,                          :     25cv205(DLC)
                                          :
                            Plaintiff,    :        ORDER
                -v-                       :
                                          :
AUDIENT CAPITAL GP LTD, et al.,           :
                                          :
                            Defendants.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of March 23, 2025, it is hereby

ORDERED that the initial pretrial conference scheduled for March 28, 2025 is adjourned <u>sine die</u>.

IT IS FURTHER ORDERED that the plaintiff's motion for alternative service is due **April 4, 2025**.

Dated:   New York, New York
         March 25, 2025

                                   _____
                                           DENISE COTE
                                   United States District Judge