```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :    25cv205(DLC)
CRYSTAL BARKLEY,                           :
                                           :       ORDER
                            Plaintiff,     :
             -v-                           :
                                           :
AUDIENT CAPITAL GP LTD, et al.,            :
                                           :
                            Defendants.    :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

An Order of April 9 granted the plaintiff's motion for alternative service through Randy Mendelsohn, an attorney who has represented both defendants. On April 14, the plaintiff filed an affidavit of service indicating that the complaint and summons were served on Mendelsohn that day. An answer was due May 5, and no answer has been filed. Accordingly, it is hereby

ORDERED that the plaintiff shall file a motion for default judgment against the defendants by **June 6, 2025**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve the motion for default judgment papers on the defendants, through the means of service approved by the April 9 order, and file proof of such service on ECF by **June 10, 2025**.

IT IS FURTHER ORDERED that a default judgement hearing will be held on **June 18, 2025** at **2:30 p.m.** in Courtroom 18B, 500

Pearl Street, New York, New York.  Failure of defendants to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for May 21 is adjourned <u>sine die</u>.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on the defendants, through the means of service approved by the April 9 order, and file proof of such service on ECF by **May 20, 2025.**

Dated:    New York, New York
          May 19, 2025

                              _____
                                    DENISE COTE
                              United States District Judge