```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    25cv205(DLC)
CRYSTAL BARKLEY,                          :
                                          :         ORDER
                    Plaintiff,            :
         -v-                              :
                                          :
AUDIENT CAPITAL GP LTD, et al.,           :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```
DENISE COTE, District Judge:

An Order of May 19, 2025 directed the plaintiff to move for a default judgment as to defendants Audient Capital GP LTD ("Audient") and Richard Bucaria.  On May 29, a letter from Bucaria was filed on the docket requesting various forms of relief including additional time to hire counsel and respond to the Complaint.  Accordingly, it is hereby

ORDERED that Bucaria's request for an extension of time to respond to the Complaint is granted.  Bucaria shall have an attorney file an appearance on the docket and respond to the Complaint no later than **June 30, 2025.**  Failure to respond to the Complaint by that day may result in the entry of a default.

IT IS FURTHER ORDERED that the Order of May 19 is vacated as to any motion for default judgment against Bucaria.  The May 19 Order remains in effect with respect to Audient.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on Bucaria via the email address contained in

his May 29 letter and file proof of such service on ECF no later than **June 2, 2025**.

IT IS FURTHER ORDERED that, in the event Bucaria proceeds pro se, he must mail or email any communications with the Court to the Pro Se Intake Unit.  Instructions for email communication with the Pro Se Intake Unit may be found at https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.  Communications may also be mailed to the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007.  The telephone number for the Pro Se Intake Unit is 212-805-0175.  A pro se party may not send any document or filing directly to Chambers.  Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit.  Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system.  If any other party is not a user of the ECF system (e.g., if there is another pro se party in the case), a pro se party must send copies of any filing to the party and include proof of service affirming that he or she has done so.  Copies of correspondence between a pro se party and opposing parties shall not be sent to the Court.

IT IS FURTHER ORDERED that, if Bucaria proceeds pro se, he

shall complete a Notice of Appearance form and submit it by email or mail to the Pro Se Office by **June 30, 2025.**  You may obtain a Notice of Appearance form by contacting the Pro Se Intake Unit or by visiting the Pro Se page of the Court's website and selecting "Forms, Instructions and Manuals": https://www.nysd.uscourts.gov/prose.

IT IS FURTHER ORDERED that, if Bucaria proceeds pro se, he may consider contacting the Federal Pro Se Legal Assistance Project (the "clinic") opened in this District to assist people who are parties in civil cases and do not have lawyers.  The clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).  To receive limited-scope assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.  If the parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at 212-382-4794.  A copy of a flyer with

details of the clinic is attached to this Order.

Dated:   New York, New York
         May 30, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.