UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRYSTAL BARKLEY, an individual,
Plaintiff,

-against-

Case No.: 1:25-cv-00205-DLC

AUDIENT CAPITAL GP LTD.,
RICHARD J. BUCARIA, and
DOES 1-10,
Defendants.
-----------------------------------------------------------------X

## ORDER

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

Plaintiff's Motion for Default against Defendant Audient Capital GP Ltd. is **GRANTED** as to liability on all causes of action set forth in the Complaint, specifically: civil RICO violations under 18 U.S.C. § 1962(c); breach of contract; Fraud (intentional misrepresentation and false promise); unpaid wages under N.Y. Lab. Law § 198; and wrongful termination.

The Court **DEFERS** determination of damages, including compensatory damages, liquidated damages, treble damages under RICO, punitive damages, statutory interest, and attorneys' fees and costs, until the liability of Defendant Richard J. Bucaria is adjudicated.

~~Plaintiff shall proceed with litigation against Defendant Bucaria and any other non-defaulting defendants.~~ The Court will schedule a hearing or inquest, ~~if necessary,~~ to determine damages upon resolution of all claims, consistent with Fed. R. Civ. P. 55(b)(2).

Plaintiff shall serve a copy of this Order and Judgment on Defendant Audient Capital GP Ltd. via its general counsel, Randy Mendelsohn, consistent with the Court's April 9, 2025 Order authorizing alternative service, and shall file proof of service with the Court within seven days of this Order.

The Court retains jurisdiction over this matter to enter a final judgment on damages and any further relief as may be appropriate.

**SO ORDERED.**

_____
Hon. Denise Cote
United States District Judge

Dated: June 16, 2025   June 18, 2025