UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   25cv205(DLC)
CRYSTAL BARKLEY,                         :
                                         :      ORDER
                         Plaintiff,      :
            -v-                          :
                                         :
AUDIENT CAPITAL GP LTD, et al.,          :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

An Order of May 30, 2025 gave defendant Richard Bucaria until June 30 to have an attorney file an appearance on the docket and a response to the Complaint. In a letter that was dated June 25 and entered on the docket on June 27, Bucaria represented that he was close to retaining an attorney to represent him and requested an additional two weeks to respond to the Complaint. Accordingly, it is hereby

ORDERED that Bucaria's request is granted. His response to the Complaint is due **July 14, 2025.**

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on Bucaria via the email address contained in his May 29, 2025 letter and file proof of such service on ECF no later than **June 30, 2025.**

Dated:    New York, New York
          June 27, 2025

                              _____
                                      DENISE COTE
                              United States District Judge