```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    25cv205(DLC)
CRYSTAL BARKLEY,                          :
                                          :       ORDER
                            Plaintiff,    :
              -v-                         :
                                          :
AUDIENT CAPITAL GP LTD, et al.,           :
                                          :
                            Defendants.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

In a submission dated July 13, 2025 and filed on the docket on July 14, defendant Richard Bucaria moved to compel arbitration of the claims against him and stay this case pending resolution of the arbitration. Also on July 14, the plaintiff filed a letter regarding Bucaria's motion. It is hereby

ORDERED that any opposition brief to Bucaria's motion is due **July 25, 2025**. Any reply is due **August 15**.

IT IS FURTHER ORDERED that, in the event Bucaria's motion to compel arbitration is denied, his answer to the complaint will be due seven days thereafter.

IT IS FURTHER ORDERED that a telephone conference will be held on **September 18, 2025** at **3:00 p.m.** The following dial-in credentials shall be used for the conference:

                Dial-in:       1-855-244-8681
                Access Code:   2312 042 2648

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the plaintiff shall promptly

serve this Order on Bucaria via the email address contained in his May 25, 2025 letter and file proof of such service on ECF no later than **July 17**.

Dated:    New York, New York
         July 15, 2025

                                         _____
                                              DENISE COTE
                                         United States District Judge