UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :                25cv205(DLC)
CRYSTAL BARKLEY,                :
                                          :                  ORDER
                          Plaintiff,     :
                 -v-                    :
                                          :
AUDIENT CAPITAL GP LTD, et al.,   :
                                          :
                       Defendants.   :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

For the reasons stated on the record at the conference held on September 25, 2025, it is hereby

ORDERED that defendant Richard Bucaria's July 14 motion to compel arbitration is granted.  This action is stayed pending the completion of the arbitration.

Dated:     New York, New York
            September 25, 2025

                                  _____
                                    DENISE COTE
                   United States District Judge