UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CRYSTAL BARKLEY,                         :
                                         :
                         Plaintiff,      :        25cv205(DLC)
              -v-                         :
                                         :        ORDER
AUDIENT CAPITAL GP LTD, et al.,          :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
DENISE COTE, District Judge:

An Order of May 30, 2025 instructed Richard Bucaria to file a Notice of Appearance form with the Pro Se Office.  Bucaria has failed to do so.  An Order of September 25 granted Bucaria's motion to compel arbitration and stayed this action pending the completion of arbitration.  It appears that Bucaria did not submit the required deposit to pay for the arbitration.  On February 27, 2026, the arbitration proceedings were terminated. On March 12, the plaintiff filed a motion to lift the stay. Accordingly, it is hereby

ORDERED that a telephone conference will be held on **March 25, 2026** at **3:00 p.m.**  The following dial-in credentials shall be used for the conference:

                Dial-in:       1-855-244-8681
                Access Code:   2312 042 2648

The parties shall use a landline if one is available.  Failure of Bucaria to appear at the conference may result in entry of a default judgment against Bucaria.

IT IS FURTHER ORDERED that, if Bucaria proceeds pro se, he shall complete a Notice of Appearance form and submit it by email or mail to the Pro Se Office by **March 20, 2026.**  Bucaria may obtain a Notice of Appearance form by contacting the Pro Se Intake Unit or by visiting the Pro Se page of the Court's website and selecting "Forms, Instructions, & Manuals": https://www.nysd.uscourts.gov/prose.  Failure to submit a Notice of Appearance by March 20, 2026 may result in entry of a default judgment against Bucaria.

IT IS FURTHER ORDERED that, in the event Bucaria proceeds pro se, he must email any communications with the Court to the Pro Se Intake Unit at prose@nysd.uscourts.gov.  Instructions for email communication with the Pro Se Intake Unit may be found at https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf. Communications may also be mailed to the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007.  The telephone number for the Pro Se Intake Unit is (212) 805-0175. A pro se party may not send any document or filing directly to Chambers.  Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit.  Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service

on any user of the ECF system.  Copies of correspondence between a pro se party and opposing parties shall not be sent to the Court.

IT IS FURTHER ORDERED that, if Bucaria proceeds pro se, he may consider contacting the Federal Pro Se Legal Assistance Project (the "Clinic") opened in this District to assist people who are parties in civil cases and do not have lawyers.  The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).  To receive limited-scope assistance from the Clinic, parties may complete the Clinic's intake form on their computer or phone at:

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.  If the parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 382-4794.  A copy of a flyer with details of the clinic is attached to this Order.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on Bucaria via the email address contained in Bucaria's May 29, 2025 letter and file proof of such service on

3

ECF no later than **March 16, 2026.**

Dated:    New York, New York
          March 13, 2026

                             _____
                                DENISE COTE
                 United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.