UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CRYSTAL BARKLEY,                        :        25cv205 (DLC)
                                        :
                      Plaintiff,        :        ORDER
                                        :
          -v-                           :
                                        :
AUDIENT CAPITAL GP LTD, et al.,         :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     Having received the defendant's letter of May 12, 2026, it

is hereby

     ORDERED that the defendant shall supply, at the time any

reply is filed, Chambers with two (2) courtesy copies of the

motion to dismiss, reply, and any accompanying exhibits and

declarations by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.  The plaintiff

shall supply two (2) courtesy copies of the opposition and any

accompanying papers.

Dated:    New York, New York
          May 13, 2026

                              _____
                                       DENISE COTE
                              United States District Judge